IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 11-0155 SI |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATED [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| MICHAEL McCANT, | ) |
| Defendant. | ) |

The defendant, Michael McCant, is out of custody on pretrial release, with conditions that he not travel outside of the Northern District of California.

In this stipulated order defense counsel represents that Mr. McCant's elderly mother, who resides in a nursing facility in New Jersey, has just suffered a serious health condition and has been hospitalized. The defense asks that Mr. McCant be permitted to fly to New York state and travel to New Jersey to be with his mother during her illness.

The government has no objection to this request, subject to the conditions specified below.

Therefore, for good cause shown, Michael McCant's conditions of pretrial release are modified as follows:

1. Mr. McCant will be permitted to travel to the states of New York and New Jersey for the sole purpose of visiting his mother, managing her care, and arranging her affairs;

2. Before any trip outside of the Northern District of California, Mr. McCant shall first obtain the express approval of his Pretrial Services Officer;

3. Before any trip outside of the Northern District of California, Mr. McCant shall first provide a full itinerary of his travel plans to his Pretrial Services Officer;

4. Mr. McCant shall provide a reliable method for Pretrial Services to remain in contact while he is outside of the Northern District of California. He shall report to his Pretrial Services Officer while outside of the district as directed by the Pretrial Services officer.

**IT IS SO ORDERED.**

Sept. 21, 2011
DATED

JOSE_____
United_____ Judge
*Judge Joseph C. Spero*

IT IS SO STIPULATED.

September 16, 2011                   /s
DATED                                MELINDA HAAG
                                     United States Attorney
                                     Northern District of California
                                     ROBIN HARRIS
                                     Assistant United States Attorney

September 16, 2011                   /s
DATED                                BARRY J. PORTMAN
                                     Federal Public Defender
                                     Northern District of California
                                     STEVEN G. KALAR
                                     Assistant Federal Public Defender